DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEONARDO GUTIERREZ,**
Appellant,

v.

**DEPARTMENT OF FINANCIAL SERVICES,**
Appellee.

No. 4D16-4042

[October 5, 2017]

Appeal from the State of Florida, Department of Financial Services; L.T. Case No. 187898-16-AG.

Howard J. Hochman, Miami, for appellant.

Matthew R. Daley, Assistant General Counsel, and Gregory D. Venz, Deputy General Counsel, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***